**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SANDRA CLOWNEY** | : | |
| | : | **CIVIL ACTION NO. 3:17-0223** |
| **Plaintiff** | : | |
| | : | **(JUDGE MANNION)** |
| v. | : | |
| | : | |
| **URS/AECOM, URS FEDERAL SERVICES and INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS** | : | |
| | : | |
| **Defendants** | : | |

= = = = = = = = = = = = = = = = = = = = = = = = =

| | |
|---|---|
| **SANDRA CLOWNEY** | : |
| **Plaintiff** | : |
| v. | : |
| **URS/AECOM, URS FEDERAL SERVICES and INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, DISTRICT 1 AND LOCAL 1717** | : |
| **Defendants** | : |

# **O R D E R**

In accordance with the accompanying memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the pending motions, (No. 3:17-cv-0223, Doc. 28; Doc. 15; No. 3:17-cv-1761, Doc. 11), of

defendants, the International Association of Machinists and Aerospace Workers ("IAM") and URS/AECOM, URS Federal Services ("URS"), from the consolidated cases, No. 3:17-cv-0223 and No. 3:17-cv-1761, are **GRANTED IN PART** and **DENIED IN PART** as follows:

**(1)** IAM's motion to vacate the Clerk of Court's entry of default and to dismiss counts III, IV, and V of the plaintiff's second amended complaint, (No. 3:17-cv-0223, Doc. 28), is **GRANTED** insofar as it requests vacation of the Clerk of Court's entry of default;

**(2)** the Clerk of Court is directed to **VACATE** the entry of default against IAM, (No. 3:17-cv-0223, Doc. 25);

**(3)** IAM's motion to vacate the Clerk of Court's entry of default and to dismiss counts III, IV, and V of the plaintiff's second amended complaint, (No. 3:17-cv-0223, Doc. 28), is **GRANTED** insofar as it requests dismissal of counts III and IV of the plaintiff's second amended complaint;

**(4)** IAM's motion to vacate the Clerk of Court's entry of default and to dismiss counts III, IV, and V of the plaintiff's second amended complaint, (No. 3:17-cv-0223, Doc. 28), is **DENIED** insofar as it requests dismissal of count V of the plaintiff's second amended complaint;

**(5)** URS's motion to dismiss the plaintiff's second amended complaint, (No. 3:17-cv-0223, Doc. 15), is **DENIED**; and

**(6)** URS's motion to dismiss the plaintiff's complaint, (No. 3:17-cv-1761, Doc. 11), is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: January 19, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-0223-01-Order.docx