# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

SANDRA CLOWNEY :

       Plaintiff : CIVIL ACTION NO. 3:17-223

v. : (JUDGE MANNION)

URS/AECOM, URS FEDERAL :
SERVICES, and I.A.M.
INTERNATIONAL ASSOCIATION :
OF MACHINISTS & AEROSPACE
WORKERS, DISTRICT 1 and :
LOCAL 1717.
                                            :

       Defendants

## ORDER

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the pending motions of defendants, the International Association of Machinists and Aerospace Workers ("International"); URS/AECOM, URS Federal Services ("URS"); District 1 ("District"); and Local 1717 ("Local"), are **GRANTED** as follows:

(1) International's motion for summary judgment, (Doc. 52) with respect to count V of the plaintiff's second amended complaint (Doc. 12), and count I and II of the plaintiff's complaint in the consolidated case (No. 3:17-cv-1761, Doc. 1) is **GRANTED** on all counts.

(2) URS's motion for summary judgment (Doc. 50) with respect to counts I, II, and V of the plaintiff's second amended complaint (Doc. 12) and counts I and II of the plaintiff's complaint in the consolidated case (No. 3:17-cv-1761, Doc. 1) is **GRANTED**.

(3) District and Local's joint motion for summary judgment, (Doc. 51) with respect to counts I and II of the plaintiff's complaint in the consolidated case (No. 3:17-cv-1761, Doc. 1) is **GRANTED**.

(4) The clerk of court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: September 30, 2019**
17-223-02-ORDER